830

Assistant District Attorney, and *Charles H. Spaziani*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Jackson, Appellant.

Submitted September 14, 1970. *Charles D. Jackson*, appellant, in propria persona; *James D. Crawford*, Deputy District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Jackson, Appellant.

Argued September 14, 1970. *Lawrence E. Wood*, Assistant Public Defender, for appellant; *Thomas G. Ashton*, Assistant District Attorney, with him *Norman J. Pine*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Jackson, Appellant.

Submitted September 14, 1970. *Spencer Ervin, Jr., W. Bourne Ruthrauff*, and *Tate and Ervin*, for appellant; *James D. Crawford*, Deputy District Attorney, and *Arlen*